■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD ORDOVER, Appellant. [887 NYS2d 858]—Appeal by the defendant from a judgment of the County Court, Nassau County (Calabrese, J.), rendered November 17, 2004, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of his right to appeal forecloses review of his current "challenge[ ] to the procedures employed by the sentencing court in its determination regarding restitution" (*People v Williams*, 62 AD3d 730, 731 [2009]; *see People v Callahan*, 80 NY2d 273, 280-281 [1992]; *People v Alvarez*, 57 AD3d 688 [2008]; *People v Caba*, 238 AD2d 603 [1997]; *People v Chatmon*, 46 AD3d 833 [2007]; *see also People v Owens*, 10 AD3d 619 [2004]; *cf. People v Travis*, 64 AD3d 808 [2009]; *People v Lovett*, 8 AD3d 1007 [2004]). Mastro, J.P., Balkin, Eng and Leventhal, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSELITO QUINONES, Appellant. [887 NYS2d 869]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 26, 2007 (*People v Quinones*, 41 AD3d 868 [2007]), affirming a judgment of the Supreme Court, Kings County, rendered July 19, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Fisher and Balkin, JJ., concur.